Braun, Appellant, *v.* Styles et al., Appellees.

[Cite as Braun v. Styles (1970), 22 Ohio St. 2d 77.]

(No. 68-594—Decided April 22, 1970.)

*Messrs. Kelley, Grossheim & Bavely,* for appellant.
*Messrs. Rendigs, Fry, Kiely & Dennis* and *Mr. D. Marc Routt,* for appellees.

*Per Curiam.* The judgment of the Court of Appeals is reversed and the cause remanded to the Court of Common Pleas for further proceedings on authority of *Clouston*

v. *Remlinger Oldsmobile Cadillac, Inc.* (1970), 22 Ohio St. 2d 65.

*Judgment reversed.*

O'NEILL, C. J., SCHNEIDER, HERBERT, DUNCAN and CORRIGAN, JJ., concur.*

MATTHIAS, J., not participating.